**92–1812.** In re Special Democratic Primary Election of August 4, 1992 for Election as the Democratic Candidate for the Office of United States Representative to Congress from the First District. This cause originated in this court on the filing of a verified petition to contest election. Upon consideration of contestor's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 24, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, September 30, 1992*

## MISCELLANEOUS DISMISSALS

**92–1209.** Grange Mut. Cas. Co. v. Altizer. *Knox County*, No. CA–9126. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Knox County to certify its record. It appears from the records of this court that appellee/cross-appellant, Ching Fu Englebrecht, has failed to prosecute his appeal with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal be, and hereby is, dismissed *sua sponte.*